Clerk of Court                                        Aug 25, 2015

Albert Melvin Piatt
COA No. 11-14-00238-CR
Trial No 14229
CCA No PD-0348-15

Sir.

I'm writing this letter to ask for a extersion on my Appeals. I got this letter in the mail on Aug 21, 2015. My PDR was filed on June 4, 2015 And was refused on 7/29/2015. Sir I would like to get it review By the court. I'm going to send for copy of my PDR paper work so I can send it back in to the court of Criminal Appeal. I need more time to do this. Thank you.

Sincerely

Albert M Piatt

Albert M Piatt
TDC # 1955398
Tulia Unit 4000 Hwy 86 W
Tulia Tx 79088

RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 01 2015

Abel Acosta, Clerk

FILED IN
COURT OF CRIMINAL APPEALS

SEP 11 2015

Abel Acosta, Clerk

Albert Melvin Piatt
TDC# 1955398 ~ A-22
Tulia Unit
4000 Hwy 86 W
Tulia TX 79088

AMARILLO TX 791

26 AUG 2015 PM 2 L



Clerk of Court of Criminal Appeals
Po Box 12308, Capitol Station
Austin, Texas,
78711

78711+2308